ORIGINAL

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT. WORTH DIVISION
2010 OCT 26 PM 3:57
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § § | NO. |
| FREIDA LONDON, § a/k/a "Freida Carter" § | 4-10CR-183-A |

## INFORMATION

The United States Attorney charges:

### Count One
### Embezzlement and Theft of Labor Union Assets
(Violation of 29 U.S.C. § 501(c))

From in or about 2002 to in or about December 2007 in the Fort Worth Division of the Northern District of Texas, the defendant, Freida London, also know as Freida Carter, while a person employed, directly and indirectly, by Local Union No. 1421 of the United Brotherhood of Carpenters and Joiners of America, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to her own use the moneys, funds, securities, property, and other assets, specifically the cash receipts, of said labor organization in the approximate amount of $99,178.

In violation of 29 U.S.C. § 501(c).

                JAMES T. JACKS
                UNITED STATES ATTORNEY

                MATTHEW J. GULDE
                Assistant United States Attorney
                State Bar of Illinois No. 6272325
                801 Cherry Street, Unit #4
                Burnett Plaza, Suite 1700
                Fort Worth, TX  76102-6897
                Telephone:  817.252.5200
                Facsimile:  817.978.3094

*Criminal Case Cover Sheet*

| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF TEXAS | Related Case Information |
|---|---|
| | Superseding Indictment: ☐ Yes ☒ No |
| | New Defendant: ☒ Yes ☐ No |
| | Pending CR Case in NDTX: ☐ Yes ☒ No |
| | Search Warrant Case Number: |
| | Rule 20 from District of: |
| | Magistrate Case Number: |

4-10CR-183-A

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   Sealed: ☐ Yes ☒ No

   Defendant Name
   **FREIDA LONDON (1)**

   Alias Name: Freida Carter
   Address

2. **U.S. Attorney Information**
   AUSA   Matthew J. Gulde                    Illinois State Bar # 6272325

3. **Interpreter**
   ☐ Yes ☒ No
   If Yes, list language and/or dialect: _____

4. **Location Status**

   Arrest Date:

   ☐ Federal Inmate
   ☐ Already in State Custody
   ☐ On Pretrial Release
   ☒ Summons to Issue

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: 1     ☐ Petty   ☐ Misdemeanor   ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 29 U.S.C. § 501 (c) | Embezzlement and Theft of Labor Union Assets | 1 |

   Date  10/26/10                        Signature of AUSA: _[signature]_